# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-20-00540-CV

---

### In re J. C.

---

### ORIGINAL PROCEEDING FROM BURNET COUNTY

---

### M E M O R A N D U M   O P I N I O N

Relator J.C.[1] filed a petition for writ of mandamus seeking to vacate the trial court's temporary order appointing the Department of Family and Protective Services as temporary managing conservator of her child. After considering the petition, the Department's response, and the record, we deny the petition. *See* Tex. R. App. P. 52.8(a).

Edward Smith, Justice

Before Chief Justice Byrne and Justices Baker and Smith

Filed: January 13, 2021

---

[1] We refer to relator by her initials because the underlying proceeding involves her minor child. *See* Tex. R. App. P. 9.8(b).